

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00054-CR

---

ALISA SUBHAMITR LESSLIE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Criminal Court No. 1
Tarrant County, Texas
Trial Court No. 1738488, Honorable David Cook, Presiding

---

March 16, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Alisa Subhamitr Lesslie, appeals her conviction for driving while intoxicated[1] and sentence to ninety days' confinement, suspended in favor of community supervision for fifteen months.[2]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the

---

[1] *See* TEX. PENAL CODE ANN. § 49.04.

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

motion to dismiss is signed by Appellant and her attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.